# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 23, 2009

Marilyn Kelly,
Chief Justice

138050
& (17)
(18)
(19)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ANTOINETTE CAMPO,
        Plaintiff-Appellee,

v

GREENWICH INSURANCE
COMPANY, and RICHFIELD
EQUITIES, L.L.C.,
        Defendants-Appellants,

and

INDIAN HARBOR INSURANCE
COMPANY,
        Defendant.

SC: 138050
COA: 288486
Oakland CC: 2007-087736-CK

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 3, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED. The miscellaneous motion is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 23, 2009

Clerk